UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FOSTER BATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV-09-6-B-W |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

filed January 14, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the 28 U.S.C. § 2254 Petition (Docket #

1) be and hereby is DISMISSED without prejudice.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2009